COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS. 2-05-058-CR

                                                  
2-05-059-CR

PIER HILLERY                                APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM CRIMINAL
 
DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellant’s Motion To Withdraw Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal.  See id.; 
Tex. R. App. P.
 43.2(f). 

PER CURIAM

PANEL D: 
WALKER, J., CAYCE, C.J.; and MCCOY
, J.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: May 5, 2005. 

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.